# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Sahar Zamir, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO. 19-63015-jwc |
| _____ | )_____ | |
| Sahar Zamir, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| David Wasserman, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that I filed that I filed the Response to Motion to Avoid Lien [Docket No. 15] by filing the same with the Court through its CM/ECF system, which will provide electronic notice to the following parties:

Robert A. Chambers
Law Office of Robert A. Chambers
Suite 103
6488 Spring Street
Douglasville, GA 30134
(770) 947-3540
Fax : (404) 581-5484
Email: rachamberslaw@aol.com

I also certify that the following parties were served by depositing the Response to Motion to Avoid Lien by depositing the same First-Class U.S. Mail with adequate postage to ensure proper delivery

**Sahar A Zamir**
**3035 Stone Gate Drive**
**Atlanta, GA 30324**

**Kathleen Steil**
**Kathleen Steil, Trustee**
**Ogier, Rothschild & Rosenfeld, PC**
**P. O. Box 1547**
**Decatur, GA 30031**

**Dated: October 24, 2019.**

/s/ Will B. Geer
Georgia Bar No. 940493
Attorney for Debtor
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, GA 30303
wgeer@wiggamgeer.com
P: 404-233-9800